# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANAE MARCEL

VERSUS

CATHERINE MELANCON, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND USAA
GENERAL INDEMNITY COMPANY

NO.   2020 CW 0971

**FEBRUARY 1, 2021**

---

In Re:    USAA   General   Indemnity   Company,   applying   for
          supervisory   writs,   32nd   Judicial   District   Court,
          Parish of Terrebonne, No. 180873.

---

BEFORE:   **THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the transcript from the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(C)(4).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before March 1, 2021 and must contain a copy of this ruling.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
          FOR THE COURT